UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PACIFIC CONTOURS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> FIVES MACHINING SYSTEMS, INC., et al., <br><br> Defendants. | Case No. 8:18-cv-00413-DOC (JDEx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Complaint filed by Plaintiff Contours Corporation, the Motion for Judgment on the Pleadings (Dkt. 18, "Motion") filed by Defendant Fives Machining Systems, Inc., the Opposition, Reply and Supplemental briefs in support of and/or opposition to the Motion, the Report and Recommendation of the assigned United States Magistrate Judge, as well as the Objections thereto and Replies to Objections filed by the parties. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:
1. The Report and Recommendation is approved and accepted;
2. The Motion is GRANTED in part and DENIED in part as follows:
   a. The Motion is DENIED as to Claim Three;
   b. The Motion is GRANTED as to Claims Four and Five without leave to amend and final judgment in this action shall reflect that Claims Four and Five are dismissed.

Dated: November 28, 2018

_____
DAVID O. CARTER
United States District Judge